SCWC-14-0000778

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

SPENCER JAMES BEVILL, NANCY LYNN BEVILL, and BEVILL FAMILY
TRUST, Respondents/Plaintiffs/Counterclaim
Defendants/Appellants,

vs.

PHIL SCHUTTE; BEVERLY SCHUTTE; BRUCE "SKIP" BLOUGH; MIKE PREISS;
CONNIE SCHNITKER; PETE HILL; DARREL BORLING; ASSOCIATION OF
APARTMENT OWNERS OF KE NANI KAI, an incorporated condominium
association; THE BOARD OF DIRECTORS FOR ASSOCIATION of APARTMENT
OWNERS OF KE NANI KAI, in their official capacity and
personally, Respondents/Defendants-Appellees,

and

FRANK MAURIZIO, Respondent/Defendant/Counterclaim
Plaintiff/Appellee.

---

SPENCER JAMES BEVILL, NANCY LYNN BEVILL, and BEVILL FAMILY
TRUST, Respondents/Plaintiffs/Appellants,

vs.

ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI,
Respondent/Defendant/Third-Party Plaintiff/Appellee,

and

ALAN BRAYTON, Respondent/Defendant/Third Party
Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000778; CIV. NOS. 08-1-0293(1), 12-1-0790(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Real Party in Interest/Appellee/Cross-

Appellant Myles T. Yamamoto's Application for Writ of

Certiorari, filed on January 8, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 23, 2016.

Rebecca A. Copeland             /s/ Mark E. Recktenwald
for petitioner
                                /s/ Paula A. Nakayama
Terrance M. Revere and
Lauren C. McDowell              /s/ Sabrina S. McKenna
for Spencer James Bevill,
Nancy Lynn Bevill and           /s/ Richard W. Pollack
Bevill Family Trust
                                /s/ Michael D. Wilson

